# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 16-2614

Securities and Exchange Commission

Appellee

v.

Sherwin P. Brown

Appellant

Jamerica Financial, Inc.

_____

Appeal from U.S. District Court for the District of Minnesota - Minneapolis
(0:14-cv-05057-JRT)
_____

**MANDATE**

In accordance with the judgment of 08/10/2016, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

August 11, 2016

Clerk, U.S. Court of Appeals, Eighth Circuit